AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

_____ District of __NEVADA__

| | |
|---|---|
| United States of America<br>v.<br><br>ERIC KENDALL HANKS<br>*Defendant* | Case No. 3:12-MJ-01086-VPC |

## ORDER SCHEDULING A DETENTION HEARING

✓ FILED _____ RECEIVED<br>_____ ENTERED _____ SERVED ON<br>COUNSEL/PARTIES OF RECORD<br><br>NOV - 2 2012<br><br>CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: _____ DEPUTY

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse & Federal Building<br>400 S. Virginia Street<br>Reno, NV 89501<br>Honorable William G. Cobb, U.S. Magistrate Judge | Courtroom No.: | 2 - 4th Floor |
|---|---|---|---|
| | | Date and Time: | November 8, 2012 at 3:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: ___Nov 2, 2012___

_____
*Judge's signature*

Valerie P. Cooke, United States Magistrate Judge
_____
*Printed name and title*